IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FLORIDA DEPARTMENT OF
REVENUE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

v.                                                    CASE NO. 1D15-3927

VICTOR ROMERO and JADE
SCHMALING,

        Appellees.

_____/

Opinion filed April 8, 2016.

An appeal from a final order of the Department of Revenue.
Robert E. Meale, Administrative Law Judge.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant
Attorney General, Tallahassee, for Appellant.

No appearance for Appellees.

PER CURIAM.

        VACATED and REMANDED. *See Dep't of Revenue v. Reyes*, 181 So. 3d

1270, 1271 (Fla. 1st DCA 2015).

ROBERTS, C.J., SWANSON, and KELSEY, JJ., CONCUR.